**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Earnest James Dudley v. State of Texas

Appellate case number:    01-20-00175-CR

Trial court case number:  0917568

Trial court:              208th District Court of Harris County

This case was abated and remanded to the trial court for the trial court to determine whether appellant's trial counsel still represented appellant, and if not, to appoint counsel to represent appellant on appeal.  On November 18, 2020, the trial court clerk filed a supplemental clerk's record in this Court, containing the trial court's order appointing appellate counsel, Sharon Slopis, to represent appellant on appeal.  Accordingly, we **REINSTATE** this case on the Court's active docket.  Prior to the trial court's appointment of appellate counsel, appellant filed a pro-se brief on May 8, 2020.  Because appellant now has appellate counsel and is not entitled to hybrid representation, we **strike** the May 8, 2020 appellate brief.

Appellant's brief is **ORDERED** to be filed no later than 30 days from the date of this order.  *See* TEX. R. APP. P. 38.6(a).

The State's brief, if any, is **ORDERED** to be filed within 30 days of the filing of appellant's brief.  *See* TEX. R. APP. P. 38.6(b).

The Clerk of this Court is directed to enter Sharon Slopis as the attorney of record on behalf of appellant.

It is so **ORDERED**.

Judge's signature: _____/s/ Sherry Radack_____
                    ☑ Acting individually      ☐ Acting for the Court

Date:    November 24, 2020_____